**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Amboy Group, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Tommy Moloney's**<br>**DBA  Agnelli's Gourmet**<br>**DBA  Amboy Cold Storage** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3818971** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **One Amboy Avenue**<br>**Woodbridge, NJ 07095**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Amboy Group, LLC**
‎_____    Case number (*if known*) _____
      Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
‎____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **CLU Amboy, LLC** | Relationship | **Affliate** |
| | District | **New Jersey** | When **10/25/17** | Case number, if known | **17-31647** |

| Debtor | **Amboy Group, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency
Contact name
Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Amboy Group, LLC**
Name
Case number (*if known*)

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 25, 2017**
MM / DD / YYYY

**X** **/s/ William Colbert**                                   **William Colbert**
Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Anthony Sodono, III**                     Date   **October 25, 2017**
Signature of attorney for debtor                            MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm name

**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
Number, Street, City, State & ZIP Code

Contact phone   **973-243-8600**        Email address   **asodono@trenklawfirm.com**

**007631990**
Bar number and State

## RESOLUTION OF MEMBERS AUTHORIZING
## FILING OF PETITION FOR REORGANIZATION OR LIQUIDATION

WHEREAS, AMBOY GROUP, LLC, a New Jersey Limited Liability Company, is unable to pay its debts as they mature, and it has been advised by counsel that it is necessary for the Company to reorganize or liquidate and that it is advisable to proceed under the acts of Congress relating to Bankruptcy;

RESOLVED, that in the reasonable business judgment of the Managing Member and the Company, a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Code") before the United States Bankruptcy Court, District of New Jersey (the "Court").

IT IS FURTHER RESOLVED that the Company is directed to cause a petition seeking relief under the provisions of chapter 11 of Title 11 of the Code to be filed.

IT IS FURTHER RESOLVED, that William Colbert, Managing Member, is hereby authorized, empowered and directed, on behalf of and in the name of the Company, to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey, the location of the Company's principal assets.

IT IS FURTHER RESOLVED that the law firm of Trenk, DiPasquale, Della Fera & Sodono, P.C., 347 Mt. Pleasant Avenue, Suite 300, West Orange, New Jersey 07052, be and hereby is, employed as attorneys for the Company in connection with the Company's bankruptcy case under chapter 11.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 25th day of October 2017.


                          AMBOY GROUP, LLC a New Jersey Limited
                          Liability Company

                          By:    _/s/ William Colbert_____
                                 William Colbert, Managing Member

4813-9300-1042, v. 1

**Fill in this information to identify the case:**

Debtor name    **Amboy Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2017**       *X* **/s/ William Colbert**
                                          Signature of individual signing on behalf of debtor

                                          **William Colbert**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Amboy Group, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Newtek Small Business Fiance, LLC ATTN: Gary M. Golden, Sr. Vice Presiden 1981 Marcus Avenue, Ste. 130 Lake Success, NY 11042 | | Equipment See attached Schedule B50 | | $3,496,623.00 | $1,466,594.00 | $2,030,029.00 |
| Primary Capital Partners LLC 641 Lexington Avenue, 17th Fl. New York, NY 10022 | | Refinance | | | | $798,970.15 |
| Highland Pork Inc. 700 white Plains Road, Ste. 222 Scarsdale, NY 10583 | | | | | | $505,021.91 |
| Euler Hermes Collection North America 800 red Brook Boulevard, Ste. 400C Owings Mills, MD 21117 | | | | | | $282,914.21 |
| Zizza, Salvatore 641 Lexington Avenue New York, NY 10022 | | | | | | $150,000.00 |
| Signature Bank 565 Fifth Avenue New York, NY 10017 | | Overdrawn Bank Account | | | | $131,632.16 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Amboy Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Globe Packaging Co. Inc. 368 Paterson Plane Road Carlstadt, NJ 07072 | | | | | | $114,298.18 |
| King Solomon Foods 5600 First Avenue Brooklyn, NY 11220 | | | | | | $103,230.00 |
| Huntington Technology Finance 2285 Franklin Road Bloomfield Hills, MI 48303 | | UCC | | | | $77,193.66 |
| Wells Fargo Bank, N.A. 300 Tri-State International, Ste. 400 Lincolnshire, IL 60069 | | Equipment See attached Schedule B50 | | $63,678.68 | $1,466,594.00 | $63,678.68 |
| PSE&G PO Box 14444 New Brunswick, NJ 08906-4444 | | | | | | $62,198.77 |
| Beau Label LLC 385 Hillside Avenue Hillside, NJ 07205 | | | | | | $60,476.34 |
| Ferro, Thomas A. 132 Lee Road Garden City, NY 11530 | | | | | | $52,175.00 |
| Unicorr Packaging Group 4282 Paysphere Circle Chicago, IL 60674 | | | | | | $45,098.78 |
| Mennella's Poultry Company 100 George Street Paterson, NJ 07503 | | | | | | $43,627.78 |
| Evans Mahcine and Tool Company 400 Summit Avenue Perth Amboy, NJ 08861 | | | | | | $40,827.18 |
| New Jersey, Division of Taxation Division of Employer Accounts PO Box 379 Trenton, NJ 08625-0379 | | Tax Lien DJ-035471-16 | | | | $39,586.54 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Amboy Group, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Uline Shipping Supplies ATTN:  Accounts Receivable PO Box 88741 Chicago, IL 60680-1741** | | | | | | **$38,536.04** |
| **New Jersey, Dept. of Labor Division of Employer Accounts PO Box 379 Trenton, NJ 08625-0379** | | **Tax Lien DJ-086251-15** | | | | **$34,364.69** |
| **Nu Products Seasoning Co. 20 Potash Road Oakland, NJ 07436** | | | | | | **$30,183.99** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Amboy Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................  $            **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................................  $      **1,484,116.46**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................  $      **1,484,116.46**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $      **4,069,476.04**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $      **96,430.23**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$      **2,949,953.85**

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b

    $      **7,115,860.12**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Amboy Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
number

| | Name of institution | Type of account | Last 4 digits | Current value |
|---|---|---|---|---|
| 3.1. | **Connect One** | **Operating** | 4953 | $6,622.93 |
| 3.2. | **Connect One** | **Payroll** | 9434 | $10,898.74 |
| 3.3. | **Valley National Bank** | **Operating** | 3838 | $0.79 |
| 3.4. | **Bank of Montreal** | **Operting** | 235 | Unknown |
| 3.5. | **Bank of Montreal** | **Operating** | 569 | Unknown |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                          $17,522.46
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Amboy Group, LLC**                                    Case number *(If known)* _____
_____
Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| | **Debtor holds a 51% interest in an American entity known as Parmacotta-Amboy NA, LLC ("Parmacotto-Amboy"), that distributes Italian meats.  The remaining 49% is owned by an American entity known as Parmacotto America.  Parmacotto America is owned by Paramcotto sPa.  Parmacotto sPa[1] has been subject to insolvency proceedings in Italy for approximately two and half years, during which time, no revenue has flowed** | | |
| 15.1. | **from Parmacotto sPa to Amboy Group.** | **51** % | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 17. | **Total of Part 4.** Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Amboy Group, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** **See Schedule B41** | **$3,429.00** | N/A | **$0.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

|  | **$0.00** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment** **See attached Schedule B50** | **$1,466,594.00** | N/A | **$1,466,594.00** |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

|  | **$1,466,594.00** |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Amboy Group, LLC**                                    Case number *(If known)* _____
              Name

☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Website** | **$0.00** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                  | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Amboy Group, LLC**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,522.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,466,594.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,484,116.46 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,484,116.46 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

SCHEDULE B41

**Office Equipment**

| Description | Date In Service | Method | Life | Cost | Daily | YE | Days Depreciated | Accum Depreciation 12/31/16 | 2017 Depreciation Expense | Accum Depreciation 12/31/17 | NAV 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 12/20/2008 | S/L | 5 | 1,805 | 1 | 12/31/2016 | 2,933 | 1,805.00 | - | 1,805.00 | - |
| Computer Equipment | 5/11/2010 | S/L | 5 | 2,297 | 1 | 12/31/2016 | 2,426 | 2,297.00 | - | 2,297.00 | - |
| Computer Equipment | 9/30/2010 | S/L | 5 | 574 | 0 | 12/31/2016 | 2,284 | 574.00 | - | 574.00 | - |
| Marlin Copier | 10/4/2010 | S/L | 5 | 13,998 | 8 | 12/31/2016 | 2,280 | 13,998.00 | - | 13,998.00 | - |
| Marlin Printer | 10/4/2010 | S/L | 5 | 3,048 | 2 | 12/31/2016 | 2,280 | 3,048.00 | - | 3,048.00 | - |
| Lenovo | 1/15/2014 | S/L | 5 | 2,312 | 1 | 12/31/2016 | 1,081 | 2,312.00 | - | 2,312.00 | - |
| equipment | 10/24/2016 | sl | 5 | 4,133 | 2 | 12/31/2016 | 68 | 154 | 154.00 | 307.99 | - |
|  |  |  |  | 28,167 |  |  |  | 24,188 | 154 | 24,342 | - |

SCHEDULE B3 C

| Description | Date in Service | Method | Life | Cost | Daily | YE | Days Depreciated | Accum Depreciation 12/31/16 | 2017 Depreciation Expense | Accum Depreciation 12/31/17 | Depreciation 12/31/17 | NAV 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equipment** | | | | | | | | | | | | |
| Reiser Equipment | 3/10/2008 | S/L | 7 | 21,000 | 8 | 12/31/2016 | 3,218 | 21,000.00 | - | 21,000.00 | 21,000.00 | - |
| Refrigeration System | 7/19/2008 | S/L | 15 | 56,500 | 10 | 12/31/2016 | 3,087 | 31,856.71 | 2,507.67 | 34,364.38 | 34,364.38 | 22,136 |
| Formaco Injector | 6/1/2009 | S/L | 7 | 43,636 | 17 | 12/31/2016 | 2,770 | 43,635.91 | - | 43,635.91 | 43,635.91 | 0 |
| Processor | 12/1/2009 | S/L | 5 | 3,083 | 2 | 12/31/2016 | 2,587 | 3,083.00 | - | 3,083.00 | 3,083.00 | - |
| Floor Scale | 5/21/2012 | S/L | 7 | 920 | 0 | 12/31/2016 | 1,685 | 606.73 | 87.50 | 694.23 | 694.23 | 226 |
| Refrigeration System | 9/25/2012 | S/L | 5 | 2,500 | 1 | 12/31/2016 | 1,558 | 2,134.25 | 332.88 | 2,467.12 | 2,467.12 | 33 |
| Various | 11/15/2012 | S/L | 5 | 13,855 | 8 | 12/31/2016 | 1,507 | 11,440.81 | 1,844.80 | 13,285.62 | 13,285.62 | 569 |
| Reiser Dicer | 11/15/2012 | S/L | 5 | 35,052 | 14 | 12/31/2016 | 1,507 | 20,674.51 | 3,333.71 | 24,008.22 | 24,008.22 | 11,044 |
| Multivac | 2/1/2010 | S/L | 7 | 7,500 | 3 | 12/31/2016 | 2,525 | 7,411.94 | 88.00 | 7,499.94 | 7,499.94 | 0 |
| Bundle Slicer | 5/31/2010 | S/L | 7 | 2,456 | 1 | 12/31/2016 | 2,406 | 2,312.77 | 143.15 | 2,455.92 | 2,455.92 | 0 |
| Stuffer Retrofit | 6/11/2010 | S/L | 7 | 6,000 | 2 | 12/31/2016 | 2,395 | 5,624.27 | 376.05 | 6,000.32 | 6,000.32 | (0) |
| Scales | 6/16/2010 | S/L | 7 | 1,259 | 0 | 12/31/2016 | 2,390 | 1,177.69 | 81.19 | 1,258.88 | 1,258.88 | 0 |
| Formaco Model 26SC M2 | 1/20/2014 | S/L | 5 | 103,592 | 57 | 12/31/2016 | 1,076 | 61,076.71 | 13,793.35 | 74,870.05 | 74,870.05 | 28,722 |
| Reiser VEMAG | 2/6/2014 | S/L | 5 | 47,775 | 26 | 12/31/2016 | 1,059 | 18,141.41 | - | 18,141.41 | 18,141.41 | 29,634 |
| Alkar Ovens | 5/1/2014 | S/L | 5 | 455,425 | 250 | 12/31/2016 | 975 | 243,309.25 | 60,640.15 | 303,949.40 | 303,949.40 | 151,476 |
| VEMAG Stuffer Filler | 6/1/2011 | S/L | 5 | 130,800 | 72 | 12/31/2016 | 2,040 | 130,800.32 | - | 130,800.32 | 130,800.32 | (0) |
| Henneken Vac Tumbler | 6/1/2011 | S/L | 5 | 37,400 | 20 | 12/31/2016 | 2,040 | 37,400.03 | - | 37,400.03 | 37,400.03 | (0) |
| Refrigerator | 2/12/2011 | S/L | 5 | 2,000 | 1 | 12/31/2016 | 2,149 | 2,000.07 | - | 2,000.07 | 2,000.07 | (0) |
| Band Saw | 2/11/2011 | S/L | 5 | 7,840 | 4 | 12/31/2016 | 2,150 | 7,840.16 | - | 7,840.16 | 7,840.16 | (0) |
| Smoke House | 2/22/2011 | S/L | 5 | 4,500 | 2 | 12/31/2016 | 2,139 | 4,500.25 | - | 4,500.25 | 4,500.25 | (0) |
| Scales | 4/15/2011 | S/L | 5 | 3,627 | 2 | 12/31/2016 | 2,087 | 3,626.70 | - | 3,626.70 | 3,626.70 | 0 |
| Skinner Machine | 4/15/2011 | S/L | 5 | 44,400 | 24 | 12/31/2016 | 2,087 | 44,400.14 | - | 44,400.14 | 44,400.14 | 0 |
| Strapping Machine | 4/15/2011 | S/L | 5 | 4,400 | 2 | 12/31/2016 | 2,087 | 4,399.67 | - | 4,399.67 | 4,399.67 | 0 |
| Stainless Steel Tables | 6/22/2011 | S/L | 7 | 1,335 | 1 | 12/31/2016 | 2,019 | 1,054.94 | 126.97 | 1,181.91 | 1,181.91 | 153 |
| Equipment | 8/31/2011 | S/L | 5 | 36,050 | 20 | 12/31/2016 | 1,949 | 36,050.42 | - | 36,050.42 | 36,050.42 | (0) |
| Refrigeration Equipment | 8/30/2011 | S/L | 5 | 16,017 | 9 | 12/31/2016 | 1,950 | 16,017.05 | - | 16,017.05 | 16,017.05 | (0) |
| Ice Maker | 3/3/2015 | S/L | 5 | 9,038 | 5 | 12/31/2016 | 669 | 3,313.11 | 1,203.42 | 4,516.52 | 4,516.52 | 4,521 |
| Bizerba GLP | 4/1/2015 | S/L | 5 | 141,115 | 77 | 12/31/2016 | 640 | 49,486.90 | 18,789.56 | 68,276.46 | 68,276.46 | 72,839 |
| Band Saw | 4/15/2015 | S/L | 5 | 6,421 | 4 | 12/31/2016 | 626 | 2,202.49 | 854.96 | 3,057.45 | 3,057.45 | 3,364 |
| Oven Purchase | 4/15/2015 | S/L | 5 | 164,125 | 90 | 12/31/2016 | 626 | 56,297.12 | 21,853.36 | 78,150.48 | 78,150.48 | 85,975 |
| Electrical for Equipment | 6/24/2015 | S/L | 5 | 79,600 | 44 | 12/31/2016 | 556 | 24,250.74 | 10,598.79 | 34,849.53 | 34,849.53 | 44,750 |
| Waste Treatment System | 6/24/2015 | S/L | 39 | 47,500 | 3 | 12/31/2016 | 556 | 1,855.29 | 810.85 | 2,666.14 | 2,666.14 | 44,834 |
| Conveyor (Double Decker) | 6/24/2015 | S/L | 5 | 31,297 | 17 | 12/31/2016 | 556 | 9,534.87 | 4,167.22 | 13,702.08 | 13,702.08 | 17,595 |
| Alarm System | 12/31/2015 | S/L | 5 | 163,859 | 90 | 12/31/2016 | 366 | 32,861.59 | 21,817.94 | 54,679.52 | 54,679.52 | 109,179 |
| Reiser - HP12E | 1/1/2016 | S/L | 5 | 151,400 | 82.96 | 12/31/2016 | - | 30,363.96 | 20,160.01 | 50,523.97 | 50,523.97 | 100,876 |
| CVP Systems - A-200 Vacuum Seal | 1/1/2016 | S/L | 5 | 43,000 | 23.56 | 12/31/2016 | - | 8,623.56 | 5,725.48 | 14,349.04 | 14,349.04 | 28,651 |
| Reiser - GK-170 | 1/1/2016 | S/L | 5 | 88,635 | 48.57 | 12/31/2016 | - | 17,775.57 | 11,801.81 | 29,577.38 | 29,577.38 | 59,058 |
| Mosefund - Bizerba Labeler | 3/31/2016 | S/L | 5 | 11,928 | 6.54 | 12/31/2016 | - | 1,797.32 | 1,588.18 | 3,385.51 | 3,385.51 | 8,542 |
| Cardboard Bailer - S&W | 9/3/2016 | S/L | 5 | 14,000 | 7.67 | 12/31/2016 | - | 912.88 | 1,864.11 | 2,776.99 | 2,776.99 | 11,223 |
| Dehumidifiers - 2 | 11/15/2016 | S/L | 5 | 18,918 | 10.37 | 12/31/2016 | - | 476.84 | 2,518.95 | 2,995.79 | 2,995.79 | 15,922 |
| Drying Room - Racks | 11/15/2016 | S/L | 5 | 8,526 | 4.67 | 12/31/2016 | - | 214.89 | 1,135.18 | 1,350.07 | 1,350.07 | 7,175 |
| Dehumidifiers - 1 | 12/20/2016 | S/L | 5 | 9,499 | 5.20 | 12/31/2016 | - | 57.25 | 1,264.80 | 1,322.05 | 1,322.05 | 8,177 |
| | | | | 2,077,782 | 1,077 | | | 1,001,600 | 209,510 | 1,211,110 | | 866,672 |

**Fill in this information to identify the case:**

Debtor name      **Amboy Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** **Newtek Small Business Fiance, LLC**
Creditor's Name

**ATTN:  Gary M. Golden, Sr. Vice Presiden**
**1981 Marcus Avenue, Ste. 130**
**Lake Success, NY 11042**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Equipment**
**See attached Schedule B50**

**Describe the lien**
**Judgment**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**$3,496,623.00** | **$1,466,594.00**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newtek Small Business Fiance, LLC**
**2. Robert Reiser & Co.**
**3. Wells Fargo Bank, N.A.**

---

**2.2** **Primary Capital Partners LLC**
Creditor's Name

**641 Lexington Avenue**
**New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Secured by Amboy Farms Receivables**

**Describe the lien**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

**$500,000.00** | **Unknown**

| Debtor | Amboy Group, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Robert Reiser & Co.** | | Describe debtor's property that is subject to a lien | $9,174.36 | $1,466,594.00 |

Creditor's Name

**Equipment**
**See attached Schedule B50**

**725 Dedham Street**
**Canton, MA 02021**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo Bank, N.A.** | | Describe debtor's property that is subject to a lien | $63,678.68 | $1,466,594.00 |

Creditor's Name

**Equipment**
**See attached Schedule B50**

**300 Tri-State International, Ste. 400**
**Lincolnshire, IL 60069**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,069,476.04 |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Amboy Group, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Amboy Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,600.00** | **$2,600.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Federal Tax Lien 201503180226** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**New Jersey, Dept. of Labor**<br>**Division of Employer Accounts**<br>**PO Box 379**<br>**Trenton, NJ 08625-0379** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,364.69** | **$34,364.69** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax Lien DJ-086251-15** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Amboy Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,879.00 | $19,879.00 |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**New Jersey, Division of Taxation<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,879.00 | $19,879.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax Lien DJ-220569-16** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**New Jersey, Division of Taxation<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,586.54 | $39,586.54 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax Lien DJ-035471-16** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**AirGas USA, LLC<br>PO Box 802576<br>Chicago, IL 60680-2576**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $15,332.78 |
|---|---|---|---|

| 3.2 | Nonpriority creditor's name and mailing address<br>**Alkar-Rapidpak Inc.<br>932 Development Drive<br>Lodi, WI 53555**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14,070.00 |
|---|---|---|---|

| 3.3 | Nonpriority creditor's name and mailing address<br>**Allied Boiler Repair Corporation<br>100 Industrial Way, N<br>Toms River, NJ 08754-1891**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,324.14 |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Amboy Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.63** |
|---|---|---|---|

**Amerilift, LLC**
**700 Cedar Avenue**
**Middlesex, NJ 08846**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,860.50** |
|---|---|---|---|

**Balco Industries, Inc.**
**99 Lafayette Drive**
**Syosset, NY 11791**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,476.34** |
|---|---|---|---|

**Beau Label LLC**
**385 Hillside Avenue**
**Hillside, NJ 07205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,783.65** |
|---|---|---|---|

**Bedard, Kurowicki & Co., CPA's, PC**
**114 Broad Street**
**Flemington, NJ 08822**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,997.00** |
|---|---|---|---|

**Bergen Cove Realty, Inc.**
**641 Lexington Avenue**
**New York, NY 10022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,118.39** |
|---|---|---|---|

**Berry Global Films, Inc.**
**101 Oakley Street**
**Evansville, IN 47710**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,058.00** |
|---|---|---|---|

**Burlington Electric Testing**
**300 Cedar Avenue**
**Croydon, PA 19021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Amboy Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,435.10 |
|---|---|---|---|

**C&C Lift Truck Inc.**
**30 Parkway Place**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**Century Packing**
**42 Edgeboro Road**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,538.24 |
|---|---|---|---|

**Continental Logistics**
**180 Raritan Center Parkway**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,693.56 |
|---|---|---|---|

**Crescent Packing Corporation**
**1970 New Highway**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,112.16 |
|---|---|---|---|

**Cryovac, Inc.**
**26081 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CVP Systems, Inc.**
**2518 Wisconsin Avenue**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** UCC

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.23 |
|---|---|---|---|

**De Lange Landen Financial Services Inc.**
**111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Amboy Group, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,564.75 |

**Ed Miniat Inc.**
**16250 South Vincennes Avenue**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,333.12 |

**Elizabethtown Gas**
**PO Box 5412**
**Carol Stream, IL 60197-5412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282,914.21 |

**Euler Hermes Collection North America**
**800 red Brook Boulevard, Ste. 400C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,827.18 |

**Evans Mahcine and Tool Company**
**400 Summit Avenue**
**Perth Amboy, NJ 08861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,169.09 |

**EZ Edge**
**6119 Adams Street**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,175.00 |

**Ferro, Thomas A.**
**132 Lee Road**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,733.58 |

**Financial Pacific Leasing**
**ATTN:  Collections Dept.**
**3455 S. 344th Way, Ste. 300**
**Federal Way, WA 98001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UCC__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Amboy Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,345.79** |
|---|---|---|---|

**Funkmediaworks**
**295 Royal York Road**
**Toronto, Ontario M8V 2W1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,298.18** |
|---|---|---|---|

**Globe Packaging Co. Inc.**
**368 Paterson Plane Road**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505,021.91** |
|---|---|---|---|

**Highland Pork Inc.**
**700 white Plains Road, Ste. 222**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,193.66** |
|---|---|---|---|

**Huntington Technology Finance**
**2285 Franklin Road**
**Bloomfield Hills, MI 48303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **UCC**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,742.21** |
|---|---|---|---|

**HUSA, LLC**
**2670 Scott Avenue, N**
**Golden Valley, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,174.00** |
|---|---|---|---|

**Intercept Logistics**
**PO Box 780019**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,147.81** |
|---|---|---|---|

**Interstate Container Reading**
**ATTN: Lori Butler**
**100 Grace Street**
**Reading, PA 19611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Amboy Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,422.27 |
|---|---|---|---|

**Island Container Corporation**
**44 Island Container Plaza**
**Wheatly Heights, NY 11798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,467.98 |
|---|---|---|---|

**J.I. Landis Welding and Mechanical**
**905 Hagey Road**
**Souderton, PA 18964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $534.36 |
|---|---|---|---|

**Jersey Elevator**
**657 Line Road**
**Aberdeen, NJ 07747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,230.00 |
|---|---|---|---|

**King Solomon Foods**
**5600 First Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Loads R Us**
**PO Box 333**
**Woodbridge, NJ 07095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,831.50 |
|---|---|---|---|

**Maurer Industries Inc.**
**2157 58th Street**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,627.78 |
|---|---|---|---|

**Mennella's Poultry Company**
**100 George Street**
**Paterson, NJ 07503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Amboy Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,653.36** |
|---|---|---|---|

**Mettler-Toledo Safeline, Inc.**
6005 Benjamin Road
Tampa, FL 33634-5145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,575.09** |
|---|---|---|---|

**Middlesex Water Company**
PO Box 826538
Philadelphia, PA 19182-6538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,925.00** |
|---|---|---|---|

**Mocon**
7500 Mendelsohn Avenue, N
Minneapolis, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mpoac - Rendering**
PO Box 64395
Souderton, PA 18964-0395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,432.00** |
|---|---|---|---|

**Multivac Inc.**
PO Box CH 17573
Palatine, IL 60065-7573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,416.00** |
|---|---|---|---|

**New Jersey, State of**
DCA BFCE - Dores
PO Box 663
Trenton, NJ 08646-0663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,482.72** |
|---|---|---|---|

**Novipax**
ATTN: Sean Brady
Lockbox 008124
540 W. Madison, 4th Fl.
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Amboy Group, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,141.24 |
|---|---|---|---|

**Nowicki USA (Metal Bud)**
7626 S. Madison Street
Burr Ridge, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,183.99 |
|---|---|---|---|

**Nu Products Seasoning Co.**
20 Potash Road
Oakland, NJ 07436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,950.00 |
|---|---|---|---|

**One Stop Brokerage & Logistics**
PO Box 333
Woodbridge, NJ 07095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,801.00 |
|---|---|---|---|

**Owen's Logistic Group, Inc.**
3 Huntington Avenue
Lynbrook, NY 11563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Pestcoe, Schwed & Associates, LLC**
5050 North Part Washington Road
Milwaukee, WI 53217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,776.81 |
|---|---|---|---|

**PJP (Penn Jersey Paper Co.)**
PO Box 820974
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,125.46 |
|---|---|---|---|

**PK Mechanical Services**
520 South Avenue
Garwood, NJ 07027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amboy Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,417.56**

**Praxair**
PO Box 382000
Pittsburgh, PA 15250-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$798,970.15**

**Primary Capital Partners LLC**
641 Lexington Avenue, 17th Fl.
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Refinance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,198.77**

**PSE&G**
PO Box 14444
New Brunswick, NJ 08906-4444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,307.15**

**Quill Corporation**
PO Box 37600
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,632.56**

**Republic Services #689**
5 Industrial Parkway
Somerville, NJ 08876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,640.18**

**Reuland**
4500 East Grand River Avenue
Howell, OH 44843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,632.16**

**Signature Bank**
565 Fifth Avenue
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Overdrawn Bank Account__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Amboy Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,540.00**

**Spektar**
**1385 Canyon Road**
**Wyalusing, PA 18853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,479.06**

**Supply One New York Inc.**
**PO Box 828995**
**Philadelphia, PA 19182-8995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Technology Investment Partners, L.L.C.**
**40950 Woodward Avenue, Ste. 201**
**Bloomfield Hills, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: UCC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,958.45**

**Thrasher, Emily**
**500 West 56th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260.90**

**Tyco Simplex Grinnell**
**Dept. CH 10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,065.00**

**Tyler Transportation LLC**
**315 North 14th Street**
**Kenilworth, NJ 07033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,536.04**

**Uline Shipping Supplies**
**ATTN:  Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Amboy Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,098.78 |
|---|---|---|---|

**Unicorr Packaging Group**
**4282 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,833.23 |
|---|---|---|---|

**Valley Distributors**
**3 Joanna Court, Ste F**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,203.93 |
|---|---|---|---|

**Veritv**
**261 River Road**
**Clifton, NJ 07014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,389.38 |
|---|---|---|---|

**Water Engineering Service, Inc.**
**PO Box 518**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,301.78 |
|---|---|---|---|

**WQS Food Verification, LLC**
**7301 Caramel Executive Park Drive**
**Suite 304**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Zizza, Salvatore**
**641 Lexington Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Edward Jaffe, Esq.** **Jaffe, Ross & Light LLP** **880 Third Avenue, 15th Fl.** **New York, NY 10022** | Line __3.72__ ☐ Not listed. Explain ____ | __ |

| Debtor | **Amboy Group, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **New Jersey Attorney General's Office**<br>**Division of Law**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street, PO Box 112**<br>**Trenton, NJ 08625-0112** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **New Jersey Attorney General's Office**<br>**Division of Law**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street, PO Box 112**<br>**Trenton, NJ 08625-0112** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **New Jersey Attorney General's Office**<br>**Division of Law**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street, PO Box 112**<br>**Trenton, NJ 08625-0112** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Suzanne M. Klar, Esq.**<br>**PSEG Service Corp.**<br>**80 Park Place**<br>**Newark, NJ 07101** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **United States Attorney**<br>**Peter Rodino Federal Building**<br>**970 Broad Street, Ste. 700**<br>**Newark, NJ 07102** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **United States Attorney General**<br>**U.S. Dept. of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 96,430.23 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,949,953.85 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,046,384.08 |

**Fill in this information to identify the case:**

Debtor name     **Amboy Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Cust. No. ending 1923** |
| State the term remaining | **Bizerba** |
| List the contract number of any government contract | **Bizerba<br>1804 Fashion Ct.<br>Joppa, MD 21085** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease between CLU Amboy, LLC (lessor) and Amboy Group, LLC (lessee) for property located at 1 Amboy Avenue, Woodbridge , NJ** |
| State the term remaining | **December 30, 2038** |
| List the contract number of any government contract | **CLU Amboy, LLC<br>1 Amboy Avenue<br>Woodbridge, NJ 07095** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease No. ending -901** |
| State the term remaining | |
| List the contract number of any government contract | **Financial Pacific Leasing<br>3455 S. 344th Way, Ste. 300<br>Federal Way, WA 98001** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Nos. 1003001 and 1001706** |
| State the term remaining | |
| List the contract number of any government contract | **Huntington Technology Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48303** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Amboy Group, LLC**                                              Case number *(if known)*
    First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Multivac Inc.** |
| | List the contract number of any government contract | | **PO Box CH 17573**<br>**Palatine, IL 60065-7573** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Robert Reiser & Co.** |
| | List the contract number of any government contract | | **725 Dedham Street**<br>**Canton, MA 02021** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Royal Bank Leasing** |
| | List the contract number of any government contract | | **550 Township Line Road, Suite 425**<br>**Blue Bell, PA 19422** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank, N.A.** |
| | List the contract number of any government contract | | **300 Tri-State International, Ste. 400**<br>**Lincolnshire, IL 60069** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Amboy Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Amboy Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,567,501.76** |
    | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$10,012,551.00** |
    | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$6,262,666.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **Insurance Proceeds** | **$127,498.96** |
    | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Insurance Proceeds** | **$230,709.08** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Amboy Group, LLC**                                                     Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **To Be Provided** | | $0.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Valley National Bank v. Debtor, et al. Docket No. L-2674-14** | **Collection** | **Suerpior Court of New Jersey 77 Hamilton St. Paterson, NJ 07505** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Interstate Container Reading v. Debtor Docket No. 16-07223** | **Collection** | | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    **Amboy Group, LLC**                                                   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.3. | **Polaris Corporation v. Debtor**<br>**Docket No. 17-03653** | **Stipulation of**<br>**Dismissal filed** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Allied Boiler Repair v. Debtor**<br>**Docket No. 17-5761** | **Collection** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property<br>lost |
|---|---|---|---|
| **The facility received a power surge due to an issue at a PSEG facility. The power surge knocked out a few of our machines for approx. 10 days.  The insurance claim was for business continuity as we suffered a significant loss in sales as the power surge occurred during the Thanksgiving 2016 season.** | **$358,208.04 ($75,681.04 physical loss; $282,527.00 business continuity loss)** | **November 19, 2016** | **$75,681.04** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received<br>the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or<br>value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Amboy Group, LLC**                                                      Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Trenk, DiPasquale, Della Fera & Sodono,** **347 Mount Pleasant Avenue** **Suite 300** **West Orange, NJ 07052** | **Attorney Fees** | | $28,283.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Fox Rothschild LLP** **49 Market Street** **Morristown, NJ 07960** | **Attorneys fees for Debtor and affiliated company, CLU Amboy, LLC** | **October 11, 2017** | $50,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Amboy Group, LLC**                                                  Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Debtor   **Amboy Group, LLC**                                                      Case number *(if known)*

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |
| 25.1.   **Parmacotto-Amboy NA, LLC One Amboy Avenue Woodbridge, NJ 07095** | **Meat Processor** | EIN:    47-1404922 From-To |
| 25.2.   **Tommy Moloney's Inc 58-58-56 Drive Maspeth, NY 11378** | **Meat Processor** | EIN:    20-2949190 From-To |

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor    **Amboy Group, LLC**    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Logan McNamara**<br>**One Amboy Avenue**<br>**Woodbridge, NJ 07095** | **7/1/14 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Bedard, Kurowicki & Co, CPAs**<br>**114 Broad Street**<br>**Flemington, NJ 08822** | **2014 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Newtek Small Business Fiance, LLC**<br>**ATTN: Gary M. Golden, Sr. Vice Presiden**<br>**1981 Marcus Avenue, Ste. 130**<br>**Lake Success, NY 11042** |
| 26d.2. **Valley National Bank**<br>**1455 Valley Road**<br>**Wayne, NJ 07470** |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Butterini, Dan** | **420 North Salem Road**<br>**Ridgefield, CT 06877** | | **326 shares - 2.26%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gaynor, Donard** | **7 Swans Mill Road**<br>**Scotch Plains, NJ 07076** | | **187 shares - 1.30%** |

Debtor   **Amboy Group, LLC**                                                Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Usak, Paul | 12 Garner Lane<br>Bay Shore, NY 11706 | | 3,843 shares - 26.68% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Lambert, Thomas | 2531 York Court<br>Seaford, NY 11783 | | 4,864 shares - 33.75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Colbert, William | 55 Kinsley Grove<br>Pearl River, NY 10965 | | 4,864 shares - 33.75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Kaiser, William | PO Box 292<br>Teton Village, WY 83025 | | 326 shares - 2.26% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor    **Amboy Group, LLC**                                         Case number *(if known)*

---

**Part 14:**   Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2017**

**/s/ William Colbert**                                    **William Colbert**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re    **Amboy Group, LLC** _____     Case No. _____

_____ Debtor(s)     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ............................... | $ | **Fees & expenses as allowed by the Court** |
| Prior to the filing of this statement I have received ..................... | $ | **14,724.30*** |
| Balance Due ..................................................... | $ | **Fees & expenses as allowed by the Court** |

**\* Debtor paid a retainer of $28,283.00 for the Debtor's Chapter 11 representation.  Future compensation shall be paid by the Debtor, which fees will be subject to Bankruptcy Court approval.**

2.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 25, 2017** | **/s/ Anthony Sodono, III** |
| _Date_ | **Anthony Sodono, III** |
| | _Signature of Attorney_ |
| | **Trenk, DiPasquale, Della Fera & Sodono, P.C.** |
| | **347 Mount Pleasant Avenue** |
| | **Suite 300** |
| | **West Orange, NJ 07052** |
| | **973-243-8600  Fax: 973-243-8677** |
| | _Name of law firm_ |

---

## United States Bankruptcy Court
### District of New Jersey

In re  **Amboy Group, LLC**                                          Case No.
                                              Debtor(s)             Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Butterini, Dan**<br>**420 North Salem Road**<br>**Ridgefield, CT 06877** | | **326 shares - 2.26%** | |
| **Colbert, William**<br>**55 Kinsley Grove**<br>**Pearl River, NY 10965** | | **4,864 shares - 33.75%** | |
| **Gaynor, Donard**<br>**7 Swans Mill Road**<br>**Scotch Plains, NJ 07076** | | **187 shares- 1.30%** | |
| **Kaiser, William**<br>**PO Box 292**<br>**Teton Village, WY 83025** | | **326 shares - 2.26%** | |
| **Lambert, Thomas**<br>**2531 York Court**<br>**Seaford, NY 11783** | | **4,864 shares - 33.75%** | |
| **Usak, Paul**<br>**12 Garner Lane**<br>**Bay Shore, NY 11706** | | **3,843 shares - 26.68%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 25, 2017**                   Signature  **/s/ William Colbert**
                                                              **William Colbert**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re   **Amboy Group, LLC**                                                        Case No.
                                          Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 25, 2017**                    **/s/ William Colbert**
                                                 **William Colbert**/**Managing Member**
                                                 Signer/Title

AirGas  USA,  LLC
PO  Box  802576
Chicago, IL 60680-2576


Alkar-Rapidpak  Inc.
932  Development  Drive
Lodi, WI 53555


Allied  Boiler  Repair  Corporation
100  Industrial  Way,  N
Toms  River, NJ 08754-1891


Amerilift,  LLC
700  Cedar  Avenue
Middlesex, NJ 08846


Balco  Industries,  Inc.
99  Lafayette  Drive
Syosset, NY 11791


Beau  Label  LLC
385  Hillside  Avenue
Hillside, NJ 07205


Bedard,  Kurowicki  &  Co.,  CPA's,  PC
114  Broad  Street
Flemington, NJ 08822


Bergen  Cove  Realty,  Inc.
641  Lexington  Avenue
New  York, NY 10022


Berry  Global  Films,  Inc.
101  Oakley  Street
Evansville, IN 47710


Burlington  Electric  Testing
300  Cedar  Avenue
Croydon, PA 19021


Butterini,  Dan
420  North  Salem  Road
Ridgefield, CT 06877

C&C Lift Truck Inc.
30 Parkway Place
Edison, NJ 08837


Century Packing
42 Edgeboro Road
East Brunswick, NJ 08816


CLU Amboy, LLC
1 Amboy Avenue
Woodbridge, NJ 07095


Colbert, William
55 Kinsley Grove
Pearl River, NY 10965


Continental Logistics
180 Raritan Center Parkway
Edison, NJ 08837


Crescent Packing Corporation
1970 New Highway
Farmingdale, NY 11735


Cryovac, Inc.
26081 Network Place
Chicago, IL 60673


CVP Systems, Inc.
2518 Wisconsin Avenue
Downers Grove, IL 60515


De Lange Landen Financial Services Inc.
111 Old Eagle School Road
Wayne, PA 19087


Ed Miniat Inc.
16250 South Vincennes Avenue
South Holland, IL 60473


Edward Jaffe, Esq.
Jaffe, Ross & Light LLP
880 Third Avenue, 15th Fl.
New York, NY 10022

Elizabethtown Gas
PO Box 5412
Carol Stream, IL 60197-5412


Euler Hermes Collection North America
800 red Brook Boulevard, Ste. 400C
Owings Mills, MD 21117


Evans Mahcine and Tool Company
400 Summit Avenue
Perth Amboy, NJ 08861


EZ Edge
6119 Adams Street
West New York, NJ 07093


Ferro, Thomas A.
132 Lee Road
Garden City, NY 11530


Financial Pacific Leasing
ATTN: Collections Dept.
3455 S. 344th Way, Ste. 300
Federal Way, WA 98001


Financial Pacific Leasing
3455 S. 344th Way, Ste. 300
Federal Way, WA 98001


Funkmediaworks
295 Royal York Road
Toronto, Ontario M8V 2W1
CANADA


Gaynor, Donard
7 Swans Mill Road
Scotch Plains, NJ 07076


Globe Packaging Co. Inc.
368 Paterson Plane Road
Carlstadt, NJ 07072


Highland Pork Inc.
700 white Plains Road, Ste. 222
Scarsdale, NY 10583

Huntington  Technology  Finance
2285  Franklin  Road
Bloomfield Hills, MI 48303


HUSA,  LLC
2670  Scott  Avenue,  N
Golden  Valley, MN 55422


Intercept  Logistics
PO  Box  780019
Maspeth, NY 11378


Internal  Revenue  Service
PO  Box  7346
Philadelphia, PA 19101-7346


Interstate  Container  Reading
ATTN:   Lori  Butler
100  Grace  Street
Reading, PA 19611


Island  Container  Corporation
44  Island  Container  Plaza
Wheatly Heights, NY 11798


J.I.  Landis  Welding  and  Mechanical
905  Hagey  Road
Souderton, PA 18964


Jersey  Elevator
657  Line  Road
Aberdeen, NJ 07747


Kaiser,  William
PO  Box  292
Teton Village, WY 83025


King  Solomon  Foods
5600  First  Avenue
Brooklyn, NY 11220


Lambert,  Thomas
2531  York  Court
Seaford, NY 11783

Loads R Us
PO Box 333
Woodbridge, NJ 07095


Maurer Industries Inc.
2157 58th Street
Brooklyn, NY 11204


Mennella's Poultry Company
100 George Street
Paterson, NJ 07503


Mettler-Toledo Safeline, Inc.
6005 Benjamin Road
Tampa, FL 33634-5145


Middlesex Water Company
PO Box 826538
Philadelphia, PA 19182-6538


Mocon
7500 Mendelsohn Avenue, N
Minneapolis, MN 55428


Mpoac - Rendering
PO Box 64395
Souderton, PA 18964-0395


Multivac Inc.
PO Box CH 17573
Palatine, IL 60065-7573


New Jersey Attorney General's Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


New Jersey, Dept. of Labor
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625-0379

New Jersey, Division of Taxation
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625-0379


New Jersey, State of
DCA BFCE - Dores
PO Box 663
Trenton, NJ 08646-0663


Newtek Small Business Fiance, LLC
ATTN:  Gary M. Golden, Sr. Vice Presiden
1981 Marcus Avenue, Ste. 130
Lake Success, NY 11042


Novipax
ATTN:  Sean Brady
Lockbox 008124
540 W. Madison, 4th Fl.
Chicago, IL 60661


Nowicki USA (Metal Bud)
7626 S. Madison Street
Burr Ridge, IL 60527


Nu Products Seasoning Co.
20 Potash Road
Oakland, NJ 07436


One Stop Brokerage & Logistics
PO Box 333
Woodbridge, NJ 07095


Owen's Logistic Group, Inc.
3 Huntington Avenue
Lynbrook, NY 11563


Pestcoe, Schwed & Associates, LLC
5050 North Part Washington Road
Milwaukee, WI 53217


PJP (Penn Jersey Paper Co.)
PO Box 820974
Philadelphia, PA 19182

PK Mechanical Services
520 South Avenue
Garwood, NJ 07027


Praxair
PO Box 382000
Pittsburgh, PA 15250-8000


Primary Capital Partners LLC
641 Lexington Avenue
New York, NY 10022


Primary Capital Partners LLC
641 Lexington Avenue, 17th Fl.
New York, NY 10022


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Republic Services #689
5 Industrial Parkway
Somerville, NJ 08876


Reuland
4500 East Grand River Avenue
Howell, OH 44843


Robert Reiser & Co.
725 Dedham Street
Canton, MA 02021


Royal Bank Leasing
550 Township Line Road, Suite 425
Blue Bell, PA 19422


Signature Bank
565 Fifth Avenue
 New York, NY 10017

Spektar
1385 Canyon Road
Wyalusing, PA 18853


Supply One New York Inc.
PO Box 828995
Philadelphia, PA 19182-8995


Suzanne M. Klar, Esq.
PSEG Service Corp.
80 Park Place
Newark, NJ 07101


Technology Investment Partners, L.L.C.
40950 Woodward Avenue, Ste. 201
Bloomfield Hills, MI 48304


Thrasher, Emily
500 West 56th Street
New York, NY 10019


Tyco Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320


Tyler Transportation LLC
315 North 14th Street
Kenilworth, NJ 07033


Uline Shipping Supplies
ATTN:  Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


Unicorr Packaging Group
4282 Paysphere Circle
Chicago, IL 60674


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102

United States Attorney General
U.S. Dept. of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Usak, Paul
12 Garner Lane
Bay Shore, NY 11706


Valley Distributors
3 Joanna Court, Ste F
East Brunswick, NJ 08816


Veritv
261 River Road
Clifton, NJ 07014


Water Engineering Service, Inc.
PO Box 518
Moorestown, NJ 08057


Wells Fargo Bank, N.A.
300 Tri-State International, Ste. 400
Lincolnshire, IL 60069


WQS Food Verification, LLC
7301 Caramel Executive Park Drive
Suite 304
Charlotte, NC 28226


Zizza, Salvatore
641 Lexington Avenue
New York, NY 10022

# United States Bankruptcy Court
### District of New Jersey

In re  **Amboy Group, LLC** _____  Case No. _____

                                    Debtor(s)         Chapter  **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Amboy Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 25, 2017** _____     **/s/ Anthony Sodono, III** _____
Date                                            **Anthony Sodono, III**
                                                Signature of Attorney or Litigant
                                                Counsel for   **Amboy Group, LLC** _____
                                                **Trenk, DiPasquale, Della Fera & Sodono, P.C.**
                                                **347 Mount Pleasant Avenue**
                                                **Suite 300**
                                                **West Orange, NJ 07052**
                                                **973-243-8600 Fax:973-243-8677**
                                                **asodono@trenklawfirm.com**