# EXHIBIT A

# EXHIBIT A

Amboy Group, LLC
13 Week Cash Flow Statement
($ in USD)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/28/2017 | 11/4/2017 | 11/11/2017 | 11/18/2017 | 11/25/2017 | 12/2/2017 | Week Ending 12/9/2017 | 12/16/2017 | 12/23/2017 | 12/30/2017 | 1/6/2018 | 1/13/2018 | 1/20/2018 |
| Initial Cash Balance | 500,000 | 513,839 | 520,969 | 527,386 | 575,390 | 624,290 | 622,685 | 632,723 | 682,282 | 731,772 | 777,797 | 758,946 | 824,646 |
| Sources from Operations | 272,967 | 278,606 | 307,310 | 306,551 | 324,536 | 326,484 | 323,984 | 328,984 | 325,484 | 298,875 | 307,451 | 359,751 | 281,876 |
| Disbursements for Operations | 231,253 | 229,600 | 283,893 | 248,172 | 264,761 | 263,713 | 299,446 | 266,550 | 265,119 | 242,475 | 284,426 | 281,175 | 229,738 |
| Disbursements for Non-operations | 7,875 | 7,875 | 11,500 | 7,375 | 7,875 | 30,375 | 11,500 | 7,375 | 7,875 | 7,375 | 7,875 | 7,375 | 7,875 |
| Disbursements for Bankruptcy | 20,000 | 34,000 | 5,500 | 3,000 | 3,000 | 34,000 | 3,000 | 5,500 | 3,000 | 3,000 | 34,000 | 5,500 | 118,000 |
| Net Cash Out - Post Petition | 374,128 | 291,475 | 300,893 | 258,547 | 275,636 | 348,088 | 313,946 | 279,425 | 275,994 | 252,850 | 346,301 | 294,050 | 240,613 |
| Net Cash In (Out) - Post Petition | (101,161) | (12,870) | 6,417 | 48,004 | 48,900 | (21,605) | 10,038 | 49,560 | 49,489 | 46,025 | (38,851) | 65,700 | 41,263 |
| Ending Cash and Cash Equivalents - Post Petition | 398,839 | 385,969 | 392,386 | 440,390 | 489,290 | 467,685 | 477,723 | 527,282 | 576,772 | 622,797 | 583,946 | 649,646 | 690,909 |

Amboy Group, LLC
13 Week Cash Flow Statement
($ in USD)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 10/28/2017 | 11/4/2017 | 11/11/2017 | 11/18/2017 | 11/25/2017 | 12/2/2017 | 12/9/2017 | 12/16/2017 | 12/23/2017 | 12/30/2017 | 1/6/2018 | 1/13/2018 | 1/20/2018 |
| Initial Cash Balance | 500,000 | 384,707 | 305,409 | 135,107 | 153,053 | 185,738 | 97,122 | 58,857 | 86,109 | 117,933 | 119,048 | 47,394 | 65,893 |
| **Sources from Operations** | | | | | | | | | | | | | |
| Amboy Group | 272,967 | 278,606 | 307,310 | 306,551 | 324,536 | 326,484 | 323,984 | 328,984 | 325,484 | 298,875 | 307,451 | 359,751 | 281,876 |
| Amboy Farms | 92,471 | 95,544 | 116,125 | 116,125 | 138,484 | 138,484 | 133,484 | 133,484 | 133,484 | 116,876 | 116,876 | 116,876 | 86,876 |
| Parmacotto-Amboy | 133,148 | 124,574 | 135,285 | 138,524 | 136,552 | 137,500 | 140,000 | 145,000 | 140,000 | 129,999 | 138,575 | 140,875 | 134,750 |
| CLU Amboy, LLC | 39,600 | 39,600 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 |
| Loblaw's | 7,747 | 15,888 | 22,900 | 18,901 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 |
| JW Fine Foods | - | - | - | - | - | - | - | - | - | - | - | 50,000 | - |
| Westside Foods | - | 3,000 | 3,000 | 3,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Pret a Manger | - | - | 2,500 | 2,500 | 2,500 | 3,500 | 3,500 | 3,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| My Ollie | - | - | - | - | - | - | - | - | - | - | - | - | 5,750 |
| **Total Sources from Operations** | 272,967 | 278,606 | 307,310 | 306,551 | 324,536 | 326,484 | 323,984 | 328,984 | 325,484 | 298,875 | 307,451 | 359,751 | 281,876 |
| **Cash In** | 272,967 | 278,606 | 307,310 | 306,551 | 324,536 | 326,484 | 323,984 | 328,984 | 325,484 | 298,875 | 307,451 | 359,751 | 281,876 |
| **Disbursements for Operations** | | | | | | | | | | | | | |
| Operating Leases | 231,253 | 229,600 | 283,893 | 248,172 | 264,761 | 263,713 | 299,446 | 266,550 | 265,119 | 242,475 | 284,426 | 281,175 | 229,738 |
| Payroll - G&A - Amboy | 80 | 594 | 80 | 80 | 1,600 | 594 | 80 | 80 | 1,600 | 80 | 594 | 80 | 80 |
| Payroll - G&A - JV | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 |
| Payroll - Direct Labor | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 |
| Purchases - COGS | 26,414 | 27,629 | 29,825 | 29,825 | 34,397 | 34,597 | 33,597 | 33,597 | 33,897 | 30,575 | 30,575 | 40,575 | 26,225 |
| Utilities | 165,688 | 161,591 | 175,796 | 178,387 | 187,319 | 188,577 | 188,278 | 192,278 | 189,028 | 173,387 | 180,248 | 202,088 | 167,100 |
| Trucking | - | - | 38,313 | - | - | - | 36,397 | - | - | - | 34,577 | - | - |
| Other SG&A | 9,245 | 9,460 | 10,054 | 10,054 | 11,619 | 11,619 | 11,269 | 11,269 | 11,269 | 10,106 | 10,106 | 10,106 | 8,006 |
| **Total Disbursements for Operations** | 231,253 | 229,600 | 283,893 | 248,172 | 264,761 | 263,713 | 299,446 | 266,550 | 265,119 | 242,475 | 284,426 | 281,175 | 229,738 |
| **Disbursements for Non-operations** | | | | | | | | | | | | | |
| Insurances | 7,875 | 7,875 | 11,500 | 7,375 | 7,875 | 30,375 | 11,500 | 7,375 | 7,875 | 7,375 | 7,375 | 7,375 | 7,875 |
| Repair and Maintenance | 2,875 | 2,875 | 6,500 | 2,875 | 2,875 | 25,875 | 6,500 | 2,875 | 2,875 | 2,875 | 2,875 | 2,875 | 2,875 |
| | 5,000 | 5,000 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 |
| **Total Disbursements for Non-operations** | 7,875 | 7,875 | 11,500 | 7,375 | 7,875 | 30,375 | 11,500 | 7,375 | 7,875 | 7,375 | 7,875 | 7,375 | 7,875 |
| **Disbursements for Bankruptcy** | | | | | | | | | | | | | |
| Professional Fees - Accounting | 135,000 | 54,000 | 5,500 | 3,000 | 3,000 | 54,000 | 3,000 | 5,500 | 3,000 | 3,000 | 54,000 | 5,500 | 3,000 |
| Utility Security Deposit | 3,000 | 3,000 | 5,500 | 3,000 | 3,000 | 3,000 | 3,000 | 5,500 | 3,000 | 3,000 | 3,000 | 5,500 | 3,000 |
| Creditors Committee Counsel | 17,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor's Special Counsel | 25,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy Counsel | 35,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Rental | 55,000 | 51,000 | - | - | - | 51,000 | - | - | - | - | 51,000 | - | - |

| Category | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Disbursements for Bankruptcy | 135,000 | 54,000 | 5,500 | 3,000 | 54,000 | 3,000 | 5,500 | 3,000 | 3,000 | 54,000 | 5,500 | 3,000 |
| **Principal and Interest Payments** | | | | | | | | | | | | |
| Friends and Family | | | | | | | | | | | | |
| Joseph Caruso | 14,132 | 66,429 | 176,718 | 30,058 | 16,215 | 67,012 | 48,302 | 22,308 | 17,665 | 44,910 | 32,804 | 47,201 | 20,582 |
| Paul M Usak | | | | | | | | | | | | |
| Terence & Virginia Blackford | | | | | | | | | | | | |
| Simona Loudova | | | | | | | | | | | | |
| Virginia Usak | | | | | | | | | | | | |
| Dawn Palmieri | | | | | | | | | | | | |
| Charles Robson | | | | | | | | | | | | |
| Petschek Loan | | | | | | | | | | | | |
| Deborah Lambert | | | | | | | | | | | | |
| Ed Colbert | | | | | | | | | | | | |
| Carmel Mulhaire | | | | | | | | | | | | |
| Kenneth Ramsey/ Steve Tuchler | | | | | | | | | | | | |
| Sheila Colbert | | | | | | | | | | | | |
| Usak Temp Financing | | | | | | | | | | | | |
| **Total Friends and Family** | | | | | | | | | | | | |
| **Primary Capital Partners** | | | | | | | | | | | | |
| Line of Credit | 8,332 | 14,832 | 136,655 | 10,415 | 10,415 | 16,915 | 10,415 | 10,415 | 10,415 | 10,415 | 14,832 | 8,332 |
| Loan Refinance ($895k) | | 5,000 | | | | 5,000 | | | | | 5,000 | |
| Sal Zizza - ST Loan | 8,332 | 8,332 | 10,415 | 10,415 | 10,415 | 10,415 | 10,415 | 10,415 | 10,415 | 10,415 | 8,332 | 8,332 |
| Sal Zizza - Legal Fee Loan - Amboy | | 1,500 | | | | 1,500 | | | | | 1,500 | |
| Sal Zizza - Legal Fee Loan - CLU | | | 63,120 | | | | | | | | | |
| | | | 63,120 | | | | | | | | | |
| **Total Primary Capital Partners** | 8,332 | 14,832 | 136,655 | 10,415 | 10,415 | 16,915 | 10,415 | 10,415 | 10,415 | 10,415 | 14,832 | 8,332 |
| **SBA Loans** | | | | | | | | | | | | |
| Newtek SBA 1 | | 31,195 | 21,359 | | | 31,195 | 21,359 | | | 31,195 | | |
| Newtek SBA 2 | | 31,195 | 21,359 | | | 31,195 | 21,359 | | | 31,195 | | |
| **Total SBA Loans** | | 31,195 | 21,359 | | | 31,195 | 21,359 | | | 31,195 | | |
| **Capital Lease Obligations - P&I** | | | | | | | | | | | | |
| Huntington Finance - Bowl Chopper | | 17,902 | 4,587 | 5,000 | | 17,902 | 4,587 | 5,000 | | | 16,972 | 5,000 |
| RBA Leasing - Alkar Ovens | | 1,882 | | | | 1,882 | | | | | 1,882 | |
| Huntington Finance - Alkar Ovens | | 5,000 | | | | 5,000 | | | | | 4,070 | |
| Reiser HP-12E | | 2,081 | 4,587 | | | 2,081 | 4,587 | | | | 2,081 | |
| Wells Fargo 001 | | 485 | | | | 485 | | | | | 485 | |
| Wells Fargo 002 | | 115 | | | | 115 | | | | | 115 | |
| Wells Fargo 003 | | 597 | | | | 597 | | | | | 597 | |
| Wells Fargo 004 | | 1,403 | | | | 1,403 | | | | | 1,403 | |
| Bizerba Weight Check & Labeler | | | 5,000 | | | | | 5,000 | | | | 5,000 |
| Dimension Funding | | 1,211 | | | | 1,211 | | | | | 1,211 | |
| Multivac TL600 | | 5,128 | | | | 5,128 | | | | | 5,128 | |
| **Total Capital Lease Obligations** | | 17,902 | 4,587 | 5,000 | | 17,902 | 4,587 | 5,000 | | | 16,972 | 5,000 |
| **Settlements/ Payment Arrangements Payable** | 5,800 | 2,500 | 14,117 | 14,643 | 5,800 | 1,000 | 11,941 | 6,893 | 7,250 | 3,300 | 1,000 | 17,510 | 7,250 |
| Army/ Learfield Sports | | | | 5,893 | | | | 5,893 | | | | 5,893 | |
| Carlo Plumbing | | | 6,867 | | | | 6,867 | | | | | 6,867 | |
| PK Mechanical Services | | | 3,750 | | | | 3,750 | | | | | 3,750 | |
| Tyco Simplex Grinell | 1,000 | | 1,000 | 6,250 | 1,000 | | 324 | | 6,250 | | | | 6,250 |
| Allied Boiler | | | | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Interstate Container | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| JI Landis | 2,300 | - | - | 2,300 | - | - | - | 2,300 |
| Continental Logistics | 1,500 | 1,500 | 1,500 | 1,500 | - | - | - | - |
| Total Settlement Payable | 5,800 | 2,500 | 14,117 | 14,643 | 5,800 | 1,000 | 11,941 | 6,893 | 7,250 | 3,300 | 1,000 | 17,510 | 7,250 |
| Net Cash Out - Pre Petition | 388,260 | 357,904 | 477,611 | 288,605 | 291,851 | 415,100 | 362,249 | 301,732 | 293,659 | 297,760 | 379,105 | 341,251 | 261,195 |
| Net Cash In (Out) - Pre Petition | (115,293) | (79,298) | (170,301) | 17,946 | 32,685 | (88,616) | (38,265) | 27,252 | 31,824 | 1,115 | (71,655) | 18,499 | 20,681 |
| Ending Cash and Cash Equivalents - Pre Petition | 384,707 | 305,409 | 135,107 | 153,053 | 185,738 | 97,122 | 58,857 | 86,109 | 117,933 | 119,048 | 47,394 | 65,893 | 86,574 |
| Check | - | - | - | - | - | - | - | - | - | (0) | - | - | - |

**Amboy Group, LLC**
**13 Week Cash Flow Statement**
($ in USD)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 10/28/2017 | 11/4/2017 | 11/11/2017 | 11/18/2017 | 11/25/2017 | 12/2/2017 | 12/9/2017 | 12/16/2017 | 12/23/2017 | 12/30/2017 | 1/6/2018 | 1/13/2018 | 1/20/2018 |
| Initial Cash Balance | 500,000 | 513,839 | 520,969 | 527,386 | 575,390 | 624,290 | 622,685 | 632,723 | 682,282 | 731,772 | 777,797 | 758,946 | 824,646 |
| **Sources from Operations** | | | | | | | | | | | | | |
| Amboy Group | 272,967 | 278,606 | 307,310 | 306,551 | 324,536 | 326,484 | 323,984 | 328,984 | 325,484 | 298,875 | 307,451 | 359,751 | 281,876 |
| Amboy Farms | 92,471 | 95,544 | 116,125 | 116,125 | 138,484 | 138,484 | 133,484 | 133,484 | 133,484 | 116,876 | 116,876 | 86,876 | 86,876 |
| Parmacotto-Amboy | 133,148 | 124,574 | 135,285 | 138,524 | 136,552 | 137,500 | 140,000 | 145,000 | 140,000 | 129,999 | 138,575 | 140,875 | 134,750 |
| CLU Amboy, LLC | 39,600 | 39,600 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 |
| Loblaw's | 7,747 | 15,888 | 22,900 | 18,901 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 |
| JW Fine Foods | - | - | - | - | - | - | - | - | - | - | - | 50,000 | - |
| Westside Foods | - | 3,000 | 3,000 | 3,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Pret a Manger | - | - | 2,500 | 2,500 | 2,500 | 3,500 | 3,500 | 3,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| My Ollie | - | - | - | - | - | - | - | - | - | - | - | - | 5,750 |
| **Total Sources from Operations** | | | | | | | | | | | | | 2,500 |
| **Cash In** | 272,967 | 278,606 | 307,310 | 306,551 | 324,536 | 326,484 | 323,984 | 328,984 | 325,484 | 298,875 | 307,451 | 359,751 | 281,876 |
| **Disbursements for Operations** | | | | | | | | | | | | | |
| Operating Leases | 231,253 | 229,600 | 283,893 | 248,172 | 264,761 | 263,713 | 299,446 | 266,550 | 265,119 | 242,475 | 284,426 | 281,175 | 229,738 |
| Payroll - G&A - Amboy | 80 | 594 | 80 | 80 | 1,600 | 594 | 80 | 80 | 1,600 | 80 | 594 | 80 | 80 |
| Payroll - G&A - JV | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 | 13,159 |
| Payroll - Direct Labor | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 | 2,667 |
| Purchases - COGS | 26,414 | 27,629 | 29,825 | 29,825 | 34,397 | 34,597 | 33,597 | 33,597 | 33,897 | 30,575 | 30,575 | 40,575 | 26,225 |
| Utilities | 165,688 | 161,591 | 175,796 | 178,387 | 187,319 | 188,577 | 188,278 | 192,278 | 189,028 | 173,387 | 180,248 | 202,088 | 167,100 |
| Trucking | - | - | 38,313 | - | - | - | 36,397 | - | - | - | 34,577 | - | - |
| Other SG&A | 9,245 | 9,460 | 10,054 | 10,054 | 11,619 | 11,619 | 11,269 | 11,269 | 11,269 | 10,106 | 10,106 | 10,106 | 8,006 |
| | 14,000 | 14,500 | 14,000 | 14,000 | 14,000 | 12,500 | 14,000 | 13,500 | 13,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| **Total Disbursements for Operations** | 231,253 | 229,600 | 283,893 | 248,172 | 264,761 | 263,713 | 299,446 | 266,550 | 265,119 | 242,475 | 284,426 | 281,175 | 229,738 |
| **Disbursements for Non-operations** | | | | | | | | | | | | | |
| Insurances | 7,875 | 7,875 | 11,500 | 7,375 | 7,875 | 30,375 | 11,500 | 7,375 | 7,875 | 7,375 | 7,875 | 7,375 | 7,875 |
| Repair and Maintenance | 2,875 | 2,875 | 6,500 | 2,875 | 2,875 | 25,875 | 6,500 | 2,875 | 2,875 | 2,875 | 2,875 | 2,875 | 2,875 |
| | 5,000 | 5,000 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 | 4,500 | 5,000 |
| **Total Disbursements for Non-operations** | 7,875 | 7,875 | 11,500 | 7,375 | 7,875 | 30,375 | 11,500 | 7,375 | 7,875 | 7,375 | 7,875 | 7,375 | 7,875 |
| **Disbursements for Bankruptcy** | | | | | | | | | | | | | |
| Professional Fees - Accounting | 20,000 | 34,000 | 5,500 | 3,000 | 3,000 | 34,000 | 3,000 | 5,500 | 3,000 | 3,000 | 34,000 | 5,500 | 118,000 |
| Utility Security Deposit | 3,000 | 3,000 | 5,500 | 3,000 | 3,000 | 3,000 | 3,000 | 5,500 | 3,000 | 3,000 | 3,000 | 5,500 | 3,000 |
| Creditors Committee Counsel | 17,000 | - | - | - | - | - | - | - | - | - | - | - | 25,000 |
| Debtor's Special Counsel | - | - | - | - | - | - | - | - | - | - | - | - | 35,000 |
| Bankruptcy Counsel | - | - | - | - | - | - | - | - | - | - | - | - | 55,000 |
| Rental | - | 31,000 | - | - | 31,000 | - | - | - | - | - | 31,000 | - | - |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Disbursements for Bankruptcy | 20,000 | 34,000 | 5,500 | 3,000 | 3,000 | 34,000 | 3,000 | 5,500 | 3,000 | 3,000 | 34,000 | 5,500 | 118,000 |
| Net Cash Out - Post Petition | 259,128 | 271,475 | 300,893 | 258,547 | 275,636 | 328,088 | 313,946 | 279,425 | 275,994 | 252,850 | 326,301 | 294,050 | 355,613 |
| Net Cash In (Out) - Post Petition | 13,839 | 7,130 | 6,417 | 48,004 | 48,900 | (1,605) | 10,038 | 49,560 | 49,489 | 46,025 | (18,851) | 65,700 | (73,737) |
| Ending Cash and Cash Equivalents - Post Petition | 513,839 | 520,969 | 527,386 | 575,390 | 624,290 | 622,685 | 632,723 | 682,282 | 731,772 | 777,797 | 758,946 | 824,646 | 750,909 |

# CLU AMBOY LLC
## Profit and Loss
### 13 week Projection Cash Basis

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/21/2017 | 10/28/2017 | 11/4/2017 | 11/11/2017 | 11/18/2017 | 11/25/2017 | 12/2/2017 | 12/9/2017 | 12/16/2017 | 12/23/2017 | 12/30/2017 | 1/6/2018 | 1/13/2018 |
| **Income** | | | | | | | | | | | | | |
| Rental Income | $ 15,082.00 | $ 19,695.00 | $ 19,550.00 | $ 20,990.00 | $ 21,990.26 | $ 21,990.26 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,704.55 | $ 22,704.55 | $ 22,704.55 |
| **Total Income** | $ 15,082.00 | $ 19,695.00 | $ 19,550.00 | $ 20,990.00 | $ 21,990.26 | $ 21,990.26 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,704.55 | $ 22,704.55 | $ 22,704.55 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| LABOR EXPENSE | | | | | | | | | | | | | |
| **Total Cost of Goods Sold** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Gross Profit** | $ 15,082.00 | $ 19,695.00 | $ 19,550.00 | $ 20,990.00 | $ 21,990.26 | $ 21,990.26 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,704.55 | $ 22,704.55 | $ 22,704.55 |
| **Expenses** | | | | | | | | | | | | | |
| Automobile Expense | | | | | | | | | | | | | |
| Bad Debts | | | | | | | | | | | | | |
| Bank Service Charges | | | | | | | | | | | | | |
| Interest Expense | | | | | | | | | | | | | |
| Office Supplies | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | |
| Property Taxes | | | | | | | | | | | | | |
| QuickBooks Payments Fees | | | | | | | | | | | | | |
| Reconciliation Discrepancies | | | | | | | | | | | | | |
| Repairs and Maintenance | | | | | | | | | | | | | |
| Security Expense | | | | | | | | | | | | | |
| Small Tools and Equipment | | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | | |
| Warehouse Supplies | | | | | | | | | | | | | |
| **Total Expenses** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Net Operating Income** | $ 15,082.00 | $ 19,695.00 | $ 19,550.00 | $ 20,990.00 | $ 21,990.26 | $ 21,990.26 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,704.55 | $ 22,704.55 | $ 22,704.55 |
| **Other Income** | | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | | |
| **Total Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Net Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Net Income** | $ 15,082.00 | $ 19,695.00 | $ 19,550.00 | $ 20,990.00 | $ 21,990.26 | $ 21,990.26 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,228.36 | $ 22,704.55 | $ 22,704.55 | $ 22,704.55 |

## CLU AMBOY LLC
## Profit and Loss
### January - September, 2017

| | Jan 2017 | Feb 2017 | Mar 2017 | Apr 2017 | May 2017 | Jun 2017 | Jul 2017 | Aug 2017 | Sep 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| Rental Income | 101,649.78 | 133,948.29 | 104,486.14 | 107,435.12 | 94,667.98 | 96,695.02 | 108,927.48 | 98,691.06 | 85,259.11 | 931,759.98 |
| **Total Income** | $ 101,649.78 | $ 133,948.29 | $ 104,486.14 | $ 107,435.12 | $ 94,667.98 | $ 96,695.02 | $ 108,927.48 | $ 98,691.06 | $ 85,259.11 | $ 931,759.98 |
| **Cost of Goods Sold** | | | | | | | | | | |
| LABOR EXPENSE | 7,695.24 | 7,695.24 | 7,695.24 | 7,695.24 | 7,695.24 | 7,695.24 | 7,695.24 | 7,695.24 | 7,695.24 | 69,257.16 |
| **Total Cost of Goods Sold** | $ 7,695.24 | $ 7,695.24 | $ 7,695.24 | $ 7,695.24 | $ 7,695.24 | $ 7,695.24 | $ 7,695.24 | $ 7,695.24 | $ 7,695.24 | $ 69,257.16 |
| **Gross Profit** | $ 93,954.54 | $ 126,253.05 | $ 96,790.90 | $ 99,739.88 | $ 86,972.74 | $ 88,999.78 | $ 101,232.24 | $ 90,995.82 | $ 77,563.87 | $ 862,502.82 |
| **Expenses** | | | | | | | | | | |
| Automobile Expense | 290.48 | 290.48 | 290.48 | 290.48 | 290.48 | 290.48 | 290.48 | 290.48 | 290.48 | 2,614.32 |
| Bad Debts | | | | | | | 486.00 | 2,841.00 | | 3,327.00 |
| Bank Service Charges | | 25.00 | 268.95 | 120.00 | 291.00 | 10.55 | | | | 1,090.54 |
| Interest Expense | 30,785.28 | 27,928.93 | 26,936.47 | | 109,634.89 | | | 375.04 | | 195,285.57 |
| Office Supplies | 29.56 | 29.56 | 29.56 | 29.56 | 29.56 | 29.56 | 29.56 | 29.56 | 29.56 | 266.04 |
| Professional Fees | | 1,351.50 | | | | | | | | |
| Property Taxes | | 51,831.49 | | | 61,909.04 | | | | | 63,260.54 51,831.49 |
| QuickBooks Payments Fees | -0.10 | 0.10 | | | | | | 4.33 | 2.29 | 6.62 |
| Reconciliation Discrepancies | | | | | | | | | | 0.00 |
| Repairs and Maintenance | 3,548.34 | 3,548.34 | 3,548.34 | 3,548.34 | 3,548.34 | 3,548.34 | 3,548.34 | 3,548.34 | 3,548.34 | 31,935.06 |
| Security Expense | 13.66 | 13.66 | 13.66 | 13.66 | 13.66 | 13.66 | 13.66 | 13.66 | 13.66 | 122.94 |
| Small Tools and Equipment | 1,438.82 | 1,438.82 | 1,438.82 | 1,438.82 | 1,438.82 | 1,438.82 | 1,438.82 | 1,438.82 | 1,438.82 | 12,949.38 |
| Utilities | 5,734.13 | 5,734.13 | 5,734.13 | 5,734.13 | 5,734.13 | 5,734.13 | 5,734.13 | 5,734.13 | 5,734.13 | 51,607.17 |
| Warehouse Supplies | 103.77 | 103.77 | 103.77 | 103.77 | 103.77 | 103.77 | 103.77 | 103.77 | 103.77 | 933.93 |
| **Total Expenses** | $ 41,943.94 | $ 92,295.78 | $ 38,364.18 | $ 11,278.76 | $ 182,993.69 | $ 11,169.31 | $ 11,644.76 | $ 14,379.13 | $ 11,161.05 | $ 415,230.60 |
| **Net Operating Income** | $ 52,010.60 | $ 33,957.27 | $ 58,426.72 | $ 88,461.12 | -$ 96,020.95 | $ 77,830.47 | $ 89,587.48 | $ 76,616.69 | $ 66,402.82 | $ 447,272.22 |
| **Other Income** | | | | | | | | | | |
| Other Income | | 8,000.00 | | | | | | | | 8,000.00 |
| **Total Other Income** | $ 0.00 | $ 8,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 8,000.00 |
| **Net Other Income** | $ 0.00 | $ 8,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 8,000.00 |
| **Net Income** | $ 52,010.60 | $ 41,957.27 | $ 58,426.72 | $ 88,461.12 | -$ 96,020.95 | $ 77,830.47 | $ 89,587.48 | $ 76,616.69 | $ 66,402.82 | $ 455,272.22 |

Thursday, Oct 12, 2017 10:59:41 AM GMT-7 - Accrual Basis