# EXHIBIT A

CMB00000061925T



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

Insured: Amboy Group LLC DBA
Agent:   WHARTON LYON & LYON

Policy Number: CMB00000061925T
Policy Period: 07/10/2017 to 07/10/2018
RENEWAL CERTIFICATE

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**
Amboy Group LLC DBA
Tommy Moloney's & Amboy Cold Storage
1 Amboy Ave
Woodbridge, NJ 07095-2639

**Agent:**
WHARTON LYON & LYON
PO BOX 1660
LIVINGSTON, NJ 07039

Agency Code:   299591
Phone Number: (973)992-5775

**Policy Period:** 07/10/2017 to 07/10/2018

at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**
Meat Processing Operation

**Form of Business:**
LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $   0

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | |
| Commercial Liability Umbrella Policy | $ 6,969.00 |
| Sub-Total | $ 6,969.00 |
| Fees and Surcharge - See Schedule GU-7015 (If Applicable) | $    42.00 |
| Total | $ 7,011.00 |

FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY:
SEE SCHEDULES GU-7004 and GU-7009

GU-7000 (Ed. 4-09)    Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide
**Insured Copy**

Page: 1 of 1
Issued: 07/17/2017



# MEMIC Indemnity Company
(A Stock Company)
1750 Elm Street Suite 500
Manchester, NH 03104-2920

**Worker's Compensation and Employers Liability Insurance Policy**

New Business _____   Rewrite/Reissue  X

| Policy Number | Policy Period From | To |
|---|---|---|
| 310 2804983 | 07/10/2017 | 07/10/2018 |

12:01 A.M. Standard Time at the described location

**Prior Policy Number**

**Transaction**

## POLICY DECLARATION

### 1. Named Insured and Address

AMBOY GROUP LLC
ONE AMBOY AVE
WOODBRIDGE NJ 07095

### Agent

WHARTON LYON & LYON
101 S LIVINGSTON AVE
LIVINGSTON NJ 07039

Telephone: 973-992-5775                0000501

| N.J. Taxpayer Identification Number | Carrier # | FEIN # | Risk ID # | Entity of Insured: |
|---|---|---|---|---|
| 463795726000 | 38563 | 463795726 | 748632 | ___ Individual  ___ Partnership  ___ Corporation  ___ Association  Joint Venture or Other X |

Additional Locations: SEE EXTENSION OF INFORMATION PAGE

2. The Policy Period is from 07/10/2017 to 07/10/2018 12:01 a.m. Standard Time at the Insured's mailing address.

3. A. Workers Compensation Insurance: Part ONE of the policy applies to the Workers Compensation Law of the states listed here: NJ

   B. Employers Liability Insurance: Part TWO of the policy applies to work in each state listed in Item 3A.
   The limits of our liability under Part TWO are:

   Bodily Injury by Accident  $ 1,000,000 Each accident
   Bodily Injury by Disease   $ 1,000,000 Policy limit
   Bodily Injury by Disease   $ 1,000,000 Each employee

   C. Other States Insurance: Part THREE of the policy applies to the states, if any, listed here:
   ALABAMA, ALASKA, ARIZONA, ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, IDAHO, ILLINOIS, INDIANA, IOWA, KANSAS, KENTUCKY, LOUISIANA, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, NEVADA, NEW HAMPSHIRE, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, OREGON, PENNSYLVANIA, RHODE ISLAND, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, TEXAS, UTAH, VERMONT, VIRGINIA, WEST VIRGINIA, WISCONSIN,

   D. This policy includes these endorsements and schedules: SEE EXTENSION OF INFORMATION PAGE

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates, and Rating Plans. All information required below is subject to verification and change by audit SEE EXTENSION OF INFORMATION PAGE

**Minimum Premium**      $900 **Deposit Premium**      $131,600 **Total Estimated Cost**      $131,600

☐ This is a Three Year Fixed Rate Policy

Premium Adjustment Period:   ☒ Annual;   ☐ Semiannual;   ☐ Quarterly;   ☐ Monthly

Countersigned this ____ Day of ____
Issued Date: 07/26/2017
Issuing Office MEMIC Indemnity Company

_John T. Leonard_
Authorized Representative

WC 00 00 01 A (1/87)                INSURED COPY                Page 1 of 4

CIM00000088363T



**Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

Insured: Amboy Group LLC DBA
Agent: WHARTON LYON & LYON

Policy Number: CIM00000088363T
Policy Period: 07/10/2017 to 07/10/2018
RENEWAL CERTIFICATE

## COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**
Amboy Group LLC DBA
Tommy Moloney's Inc
1 Amboy Ave
Woodbridge, NJ 07095-2639

**Agent:**
WHARTON LYON & LYON
PO BOX 1660
LIVINGSTON, NJ 07039

Agency Code: 299591
Phone Number: (973)992-5775

**Policy Period:** 07/10/2017 to 07/10/2018  at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**
Meat Processing Operation

**Form of Business:**
LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $ 250

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | $ 4,584.00 |
| Commercial Auto Coverage Part | |
| Commercial Liability Umbrella Policy | |
| Sub-Total | $ 4,584.00 |
| Fees and Surcharge - See Schedule GU-7015 (If Applicable) | $ 28.00 |
| Total | $ 4,612.00 |

FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY:
SEE SCHEDULES GU-7004 and GU-7009

GU-7000 (Ed. 4-09)   Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide

**Insured Copy**

Page: 1 of 1
Issued: 05/02/2017



BA00000095645T



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

Insured: Amboy Group LLC DBA
Agent:   WHARTON LYON & LYON

Policy Number: BA00000095645T
Policy Period: 07/10/2017 to 07/10/2018
RENEWAL CERTIFICATE

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**
Amboy Group LLC DBA
Tommy Moloney's & Amboy Cold Storage
1 Amboy Ave
Woodbridge, NJ 07095-2639

**Agent:**
WHARTON LYON & LYON
PO BOX 1660
LIVINGSTON, NJ 07039

Agency Code:   299591
Phone Number: (973)992-5775

**Policy Period:** 07/10/2017 to 07/10/2018

at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**
Meat Processing Operation

**Form of Business:**
LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $ 100

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | $ 7,028.00 |
| Commercial Liability Umbrella Policy | |
| Sub-Total | $ 7,028.00 |
| Fees and Surcharge - See Schedule GU-7015 (If Applicable) | $ 42.00 |
| Total | $ 7,070.00 |

FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY:
SEE SCHEDULES GU-7004 and GU-7009



GU-7000 (Ed. 4-09)    Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide

**Insured Copy**

Page: 1 of 1
Issued: 07/17/2017

MPA00000061923T

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

Insured: Amboy Group LLC DBA
Agent: WHARTON LYON & LYON

Policy Number: MPA00000061923T
Policy Period: 07/10/2017 to 07/10/2018
RENEWAL CERTIFICATE

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**
Amboy Group LLC DBA
Tommy Moloney's & Amboy Cold Storage
1 Amboy Ave
Woodbridge, NJ 07095-2639

**Agent:**
WHARTON LYON & LYON
PO BOX 1660
LIVINGSTON, NJ 07039

Agency Code: 299591
Phone Number: (973)992-5775

**Policy Period:** 07/10/2017 to 07/10/2018

at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**
Meat Processing Operation

**Form of Business:**
LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $ 500

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | $ 64,868.00 |
| Commercial General Liability Coverage Part | $ 13,339.00 |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | |
| Commercial Liability Umbrella Policy | |

| | |
|---|---|
| Sub-Total | $ 78,207.00 |
| Fees and Surcharge - See Schedule GU-7015 (If Applicable) | $ 469.00 |
| Total | $ 78,676.00 |

FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY:
SEE SCHEDULES GU-7004 and GU-7009

GU-7000 (Ed. 4-09)   Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide
**Insured Copy**

Page: 1 of 1
Issued: 07/17/2017